UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

David Allan Sieradzki,   Chapter 7
                          Case No. 08-44448-pjs
                          Honorable Phillip J Shefferly

Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.58 represents payment of claims of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| LVNV Funding LLC its successors and Assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 000004 | $3.68 |
| Chase Bank USA NA PO Box 740933 Dallas, TX 75374 | 000009 | $0.81 |
| eCast Settlement Corporation assignee of HSBC Bank Nevada and its Assigns PO Box 35480 Newark, NJ 07193-5480 | 000017 | $2.09 |

/s/ Wendy Turner Lewis
Wendy Turner Lewis (P39505)
Chapter 7 Trustee
444 West Willis Street, Suite 101
Detroit, MI 48201
(313) 832-5555
trustee@lewistrustee.com

Dated: September 3, 2010